IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL ARMSTRONG AND
BERYL ANN GRIEGO,

      Plaintiffs,

vs.                                             CIV 15-1148 KG/WPL

NEW MEXICO DISABILITY
DETERMINATION SERVICES, ET AL.,

      Defendants.

## **ORDER SETTING AN IN PERSON STATUS CONFERENCE**

      IT IS HEREBY ORDERED that a status conference will be held in person on **FRIDAY, APRIL 29, 2016 at 10:30 AM** at the United States Courthouse, 3rd Floor, Rio Grande Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico.

_____
UNITED STATES DISTRICT JUDGE