IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL ARMSTRONG and
BERYL ANN GRIEGO,

       Plaintiffs,

v.                                                                                    CV 15-1148 KG/WPL

MIRIAM FERNANDEZ-RICE,
Administrative Law Judge, United States
Social Security Office of Disability Adjudication
and Review, in her individual capacity, and
DANIEL ROPER,

       Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

On August 15, 2016, I entered an Order to Show Cause (Doc. 29), requiring counsel for the Defendants to show cause, in writing, for his absence at the status conference scheduled for that day. It now appearing that counsel has submitted a sufficient explanation for his absence, the Order to Show Cause is quashed.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge